### W. T. HUDNELL ET AL. v. L. G. DANIELS ET AL.

(Filed 16 September, 1908.)

ACTION heard before *Lyon, J.,* and a jury, at May Term, 1908, of BEAUFORT.

Defendants appealed.

*Small, McLean & McMullen* for plaintiffs.
*Ward & Grimes* and *Simmons, Ward & Allen* for defendants.

PER CURIAM: The Court, having carefully examined the record in this case and given it full consideration, finds that the questions presented are largely of fact, and is of opinion that no reversible error appears in the rulings of the Superior Court necessitating, in the interest of substantial justice, a new trial.

No Error.